IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONICA M. GARNER and PETER H. GARNER,<br><br>Plaintiffs,<br><br>v.<br><br>EXELON GENERATION CORPORATION, LLC and BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendants. | No. 5:21-cv-00343-BKS-ATB<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiffs Monica M. Garner and Peter H. Garner, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss all claims in this action with prejudice as to Defendants Exelon Generation Company, LLC[1] and Blue Cross and Blue Shield of Illinois[2] without costs or attorneys' fees to any party.

Dated: December 20, 2021

New York, New York

ROBERT F. JULIAN, P.C.

*/s/ Robert F. Julian*
Robert F. Julian, Esq.
Attorneys for Plaintiffs
Office and Post Office Address
2037 Genesee Street
Utica, New York 13501
(315) 797-5610

**IT IS SO ORDERED:**

*/s/ Brenda K. Sannes*
Brenda K. Sannes
U.S. District Judge

Dated: December 28, 2021
Syracuse, NY

---

[1] Named "Exelon Generation Corporation, LLC" in the Complaint.

[2] Named "Blue Cross Blue Shield of Illinois" in the Complaint